# MEMORANDUM OF AGREEMENT

## BY AND BETWEEN

## RYKOR CONCRETE & CIVIL, INC.

54211

## AND

## THE RHODE ISLAND LABORERS' DISTRICT COUNCIL ON BEHALF OF ITS LOCAL UNION 271

## THE MASSACHUSETTS & NORTHERN NEW ENGLAND LABORERS' DISTRICT COUNCIL ON BEHALF OF ITS LOCAL UNIONS 22, 39, 133, 138, 151, 175, 223, 243, 385, 429, 473, 560, 596, 609, 610, 721, 876, 999, 327, 668 AND 976 (COLLECTIVELY THE "UNION")

### EFFECTIVE: November 1, 2011

This Memorandum of Agreement (Agreement) as entered into on November 1, 2011, between Rykor Concrete & Civil, Inc. (Rykor) and the Rhode Island Laborers' District Council on behalf of its Local Unions 271; and the Massachusetts & Northern New England Laborers' District Council on behalf of its Local Unions 22, 39, 133, 138, 151, 175, 223, 243, 385, 429, 473, 560, 596, 609, 610, 721, 876, 999, 327, 668 and 976 (collectively the "Union").

WHEREAS, Rykor Concrete & Civil, Inc. and the Union recognize the importance of harmonious working relations between the parties and;

WHEREAS, Rykor Concrete & Civil, Inc. recognizes that the Union seeks to assist in the creation of fair working conditions, wages and benefits for its members along with a fair and equitable mechanism for adjusting and settling disputes and grievances and;

WHEREAS, the Union is committed to continue to organize non-union construction contractors throughout New England; therefore:

It is agreed and resolved:

1. That Rykor and the Union by signing this Memorandum of Agreement agree to abide by and be bound to the terms and conditions of the attached Building and Site and Heavy and Highway Collective Bargaining Agreements entered into by the Union with various contractors and construction associations throughout the territorial jurisdiction listed in each agreement for Rhode Island, Massachusetts, Maine, New Hampshire and Vermont; specifically the:

1



03/22/2012 18:25  4015210051  LABORERS ORGANIZING  PAGE 03/06

    a. Rhode Island Statewide Heavy, Highway, and Tunnel Agreement between Construction Industries of Rhode Island and the Rhode Island Laborers' District Council of the Laborers' International Union of North America, AFL-CIO acting on behalf of Local Union 271, Providence, Rhode Island effective June 1, 2009 through May 31, 2013.

    b. Rhode Island Statewide Building and Site Construction Agreement between Rhode Island Chapter Associated General Contractors of America, Inc., Labor Relations Division and the Rhode Island Laborers' District Council of the Laborers' International Union of North America, AFL-CIO acting on behalf of Local Union 271, Providence, Rhode Island effective June 1, 2009 through May 31, 2013.

    c. Heavy and Highway Agreement between the Labor Relations Division of the Construction Industries of Massachusetts, Inc. and the Massachusetts Laborers' District Council of the Laborers' International Union of North America, AFL-CIO effective June 1, 2008 through May 31, 2012.

    d. Building and Site Agreement between the Massachusetts Laborers' District Council of the Laborers' International Union of North America, AFL-CIO and the Associated General Contractors of Massachusetts, Inc. and the Building Trades Employers' Association of Boston and Eastern Massachusetts, Inc. effective June 1, 2008 through May 31, 2012.

    e. Building and Site Agreement between the Construction Industry Association of Western Massachusetts, Inc. and the Massachusetts Laborers' District Council of the Laborers' International Union of North America, AFL-CIO acting for and on behalf of Laborers' Local Union 596, Holyoke, Massachusetts and Laborers' Local Union 999, Springfield, Massachusetts effective June 1, 2010 through May 31, 2013.

    f. Agreement between the General Contractors' Association of Pittsfield, Massachusetts and the Massachusetts Laborers' District Council of the Laborers' International Union of North America, AFL-CIO acting on behalf of Laborers' Local Union 473, Pittsfield, Massachusetts effective June 1, 2011 through May 31, 2012.

    g. Building and Site Construction Agreement between Maine, New Hampshire & Vermont Laborers' District Council of The Laborers' International Union of North America AFL-CIO and Signatory Contractors effective June 1, 2010 through May 31, 2012.

2. By signing this Memorandum of Agreement Rykor attests that it has read and is familiar with the attached collective bargaining agreements, that it agrees to be bound by all terms and conditions contained therein, and further that it has all necessary corporate authority to be bound hereto.

2



3. It is hereby understood that in an effort to enhance competitiveness in the residential and light commercial sector of the construction industry, the Union will consider and where appropriate, grant requests for market recovery provisions on a job-by-job basis. All requests for market recovery provisions shall specify the project name, project location, owner/developer, general contractor, total project value, bid date and known competitors. The District Council Business Manager with the geographical jurisdiction over the project shall have the sole discretion to grant any or all market recovery provisions. The applicable District Council Business Manager will make a best faith effort to review and respond to all requests in a timely manner.

4. Market recovery provisions contained in this Memorandum of Agreement shall only be applicable to privately funded projects with a total dollar value of under Five (5) Million Dollars and do not involve work on any of the following types of projects: *[handwritten: Below $5K]*

   - Prevailing Wage Projects;
   - Hotel & Casino Gaming Projects;
   - Power Plant Construction;
   - Heavy & Highway Projects;
   - Institutional Projects;
   - Medical Facilities Projects;
   - Project covered by a PLA;
   - Tunnel Work and Demolition Projects involving Complete Takedown of Buildings and Structures; and
   - Site* (*_**Site Work may be performed under the terms and conditions of this agreement if work is to be self- performed by the General Contractor Signatory to this Memorandum of Agreement**_

   Excluded projects, unless otherwise authorized by the Applicable District Council Business Manager with geographical jurisdiction over the project, shall be performed under the terms and conditions of the appropriate Collective Bargaining Agreement(s) contained in Section 1("a-g").

5. The Applicable District Council Business Manager shall have the sole discretion to grant any of the following provisions:
   - Overtime Provisions only after 40 hours;
   - All overtime at time and one half (1½), except Sundays and Holidays at double time (2x);
   - No guaranteed forty (40) hour per week for foreman;
   - Company selection of Foreman;
   - Flexible start times;
   - No show-up time;
   - Wage/Fringe benefit rates & Classifications - (See Exhibit A);
   - Exclusion of holidays involving Washington's Birthday, Columbus Day and Veterans' Day; and



- Subcontractor relief

6. Any disputes as to the applicability of this Memorandum of Agreement are to be exclusively resolved by Applicable District Council Business Manager within (48) hours and a decision shall be reached that day. Any decisions shall apply to only that particular project which was considered by The District Council Business Manager and shall be final, binding and conclusive on all parties signatory to this Memorandum of Agreement and the Local Union involved in the project.

7. This Memorandum of Agreement will expire on October 31, 2012. All terms and conditions contained herein shall be renegotiated after six (6) months from the effective date of this memorandum at the request of Rykor or the Union.

**RYKOR CONCRETE & CIVIL, INC.**
Address: 425 CANTON AVE
Milton MA 02186

Tel: (617)-549-1946
Fax: (617)-237-4120

By: _____
(Signature)

John C. Kelly
(Printed Name)

Its: President
(Title)

Date: 11/01/11

**RHODE ISLAND LABORERS' DISTRICT COUNCIL**

_____
Ronald R. Coia, Business Manager

**MASSACHUSETTS & NORTHERN NEW ENGLAND LABORERS' DISTRICT COUNCIL**

_____
Joseph C. Bonfiglio, Business Manager

4

## Exhibit A

## MARKET RECOVERY WAGE RATES/BENEFITS AND CLASSIFICATIONS

<u>Wages</u>: Employees shall be paid a regular hourly rate as follows:

(Wages) + (LNH&WF) + (Training) + (Dues & LPL)

<u>From November 1, 2011 through October 31, 2012</u>

| | |
|---|---|
| Laborer | $17.25 + $3.55 + $0.45[$0.60 dues, $0.02 LPL] = $21.25 |
| Laborer/ Construction Specialist | $25.00 + $3.55 + $0.45 [$0.60 dues, $0.02 LPL] = $29.00 |
| Laborer/Foreman/Crew Chief | $28.00 + $3.55 + $0.45 [$0.60 dues, $0.02 LPL] = $32.00 |

- In the event that any employer signatory to this memorandum of agreement employs Laborers in the course of market recovery work covered by this agreement who are members of a Local affiliated with the Massachusetts and Northern New England Laborers District Council other than Laborers Local Union #7, said Laborers shall not be paid less than a $25.00 flat rate wage per hour unless said Laborer is employed in a classification in which the entire package for the classification of work being performed under the terms and conditions of this agreement is higher than the $25.00 flat rate prescribed above, at which time said Laborers will be paid a flat rate equal to the entire Wage and Benefit package for the work classification being performed.

- In the event approved Market Recovery work is being performed in Rhode Island and the employer request referrals from Laborers Local 271 for such work, said Laborers shall receive $17.55 + $7.00 + $0.45 unless said Laborer is employed in a classification in which the entire package for the classification of work being performed under the terms and conditions of this agreement is higher than the rate and benefit package prescribed above, at which time said Laborers will be paid a differential rate equal to the entire Wage and Benefit package for the work classification being performed.



1.20

5