# HEAVY AND HIGHWAY

# A G R E E M E N T

between

## THE LABOR RELATIONS DIVISION OF CONSTRUCTION INDUSTRIES OF MASSACHUSETTS, INC.

and

## MASSACHUSETTS & NORTHERN NEW ENGLAND  LABORERS' DISTRICT COUNCIL
of the
### LABORERS' INTERNATIONAL UNION OF NORTH AMERICA AFL-CIO



EFFECTIVE:
JUNE 1, 2012 - MAY 31, 2017

## AGREEMENT

This Agreement made and entered into this 1st day of JUNE 2012, by and between the Labor Relations Division of Construction Industries of Massachusetts, Inc., a corporation organized and existing under the laws of the Commonwealth of Massachusetts, referred to hereinafter as the "Association", acting for and in behalf of and under the Authority of its members, as per Schedule I attached hereto and made a part hereof, and any members joining said Association during the term of this Agreement, and such other Heavy and Highway Contractors who execute an Acceptance of the Terms and Provisions of this Agreement hereinafter collectively referred to as the "Employer" and the Massachusetts & Northern New England Laborers' District Council of the Laborers' International Union of North America, acting for and on behalf of Massachusetts Local Unions: 22-Boston, 39-Fitchburg, 88-Boston, 133-Quincy, 138-Norwood, 151-Cambridge, 175-Lawrence, 223-Boston, 243-Worcester, 385-New Bedford, 429-Lowell, 473-Pittsfield, 560-Waltham, 596-Holyoke, 609-Framingham, 610-Fall River, 721-Brockton, 876-Taunton, 999-Springfield, 1285-Boston and 1421-Greater Boston each referred to as the "Local Union" and collectively hereinafter to as the "Council".

## PREAMBLE

The purpose of this Agreement is to determine the hours, wages, fringes and other conditions of employment, and to adopt measures for the settlement of differences and maintaining a cooperative relationship so that the Employer may have sufficient capable workmen and the workmen may have as much continuous employment as possible, without interruption by strikes, lockouts, or other labor management troubles.

Now, Therefore, the undersigned Employer and the Union, in consideration of the mutual promise and covenants herein contained, agree as follows:

## DECLARATION OF PRINCIPLES

There shall be no discrimination against any employee by reason of race, creed, color, sex or national origin. The Employer, the Union and the employees shall abide by the Federal Williams-Steiger Occupational Safety and Health Act and other applicable safety regulations of Massachusetts.

injury, he shall be paid two (2) hours pay for each working day on which treatment is required, to a maximum of three (3) visits.

d) When an employee is seriously injured on the job, the steward or the foreman shall be permitted to notify the Union of the injury.

**Section 5.** *Health, Safety and Welfare* The Employer and the Union also agree to mutually cooperate and consult with each other with respect to all aspects of safety, accident prevention, health, medical facilities and medical treatment, to the end that the health, safety and welfare of the men working on the project may be adequately and properly protected and promoted and the prosecution of the work efficiently carried on; also, the Employer, the Union and the employees shall abide by the Federal Williams-Steiger Occupational Safety and Health Act and applicable safety regulations of the Commonwealth of Massachusetts.

Any apprentice assigned to any employer shall first be required to complete a ten (10) hour safety program provided by the New England Laborers' Training Trust Fund. The Employer and the Union shall further cooperate in scheduling the training of all employees covered by this agreement.

**Section 6.** *Telephone* A phone shall be made available on the job site for the employees' use in case of emergency, if telephone service is available. The use of personal cell phones, Ipods, radios, Blackberrys and other similar electronic devices is strictly prohibited at the site of construction projects during working hours.

## ARTICLE XIII
## MASSACHUSETTS LABORERS' HEALTH & WELFARE FUND

Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour for each hour worked by each employee, covered by this Agreement to the Massachusetts Laborers' Health & Welfare Fund. Said sum will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll of the preceding calendar month. The said Fund will be administered by a Board of Trustees selected and appointed under the provisions of the Trust Agreement executed by the Union and the Employers. Said Trust Agreement shall

conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and the Commonwealth of Massachusetts. The said Fund will be used to purchase accident and sickness disability insurance and hospitalization, medical and surgical benefits and/or other welfare benefits of a similar nature for the said employees as provided in said Trust Agreement.

The Union reserves the right to remove the employees whose wages, hours and working conditions as set forth in this Agreement from any job for which the Employer has failed to remit to the aforementioned Health & Welfare Fund monies due to the Fund within the time for payment thereof, as determined by the Board of Trustees acting under the authority of the Agreement and Declaration of Trust under which the Fund operates.

The failure to contribute by the Employer to the said Health & Welfare Fund, as provided herein, for the purpose of the remedy the Union may pursue, is covered in Article XXI herein. The Massachusetts Laborers' Health & Welfare Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XIV
## MASSACHUSETTS LABORERS' PENSION FUND

Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour for each hour worked by each employee covered by this Agreement to the Massachusetts Laborers' Pension Fund. Said sum will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll period of the preceding calendar month. The Fund will be administered by a Board of Trustees selected under, and subject to the provisions of a Trust Agreement and Plan entered into by the Union and the Employers. The Plan and the Trust shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and the Commonwealth of Massachusetts.

The Trust and Plan at all times shall be a "qualified" Trust and Plan, as defined by Section 401 of the Internal Revenue Code. The Plan and the Trust shall be created and administered, subject to modification, change of methods of administration and practices as may be required, to the end that at all times contributions by the Employers to the Fund shall be deductible as an ordinary

expense of doing business in the computation of Federal Income Tax of the Employers.

The failure to contribute by the Employer to the said Pension Fund, as provided herein, for the purpose of the remedy the Union may pursue is covered in Article XXI herein.  The Massachusetts Laborers' Pension Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XV
## NEW ENGLAND LABORERS' TRAINING TRUST FUND

Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour worked by each employee covered by the terms of this Agreement, to a Training Fund known as New England Laborers' Training Trust Fund.  Said sums will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last completed payroll period of the preceding calendar month.  The Fund will be administered by a Board of Trustees selected under, and subject to the provisions of, a Trust Agreement and Plan entered into by the Union and the Employers.  The Plan and Trust shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and the Commonwealth of Massachusetts and the State of New Hampshire.  The Trust and Plan at all times shall be a "qualified" Trust and Plan as defined by Section 401 of the Internal Revenue Code.  The Plan and Trust shall be created and administered, subject to modification, change of methods of administration and practices as may be required to the end that at all times contributions by the Employers to the Fund shall be deductible as an ordinary expense of doing business in the computation of Federal Income Tax of the Employers.

The failure to contribute by the Employer to the said Training Fund as provided herein, for the purpose of the remedy the Union may pursue, is covered in Article XXI, herein.  The New England Laborers' Training Trust Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XVI
## MASSACHUSETTS LABORERS' LEGAL SERVICES FUND

*Section 1.*   Each Employer agrees to pay the sum reflected in Appendix A of this Agreement,  per hour for each hour worked by each employee covered by this Agreement to the Massachusetts Laborers' Legal Services Fund.   Said contributions will be paid into such Fund not later than the twentieth (20th) day of each and every month for the hours worked by said employees up to the end of the last completed payroll period of the preceding calendar month.   The failure to contribute to this Fund by the Employer as provided herein shall be subject to the provisions of Article XXI hereof.   The Massachusetts Laborers' Legal Services Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

*Section 2.*   It is understood by the parties to this Agreement that the Legal Services Trust and Plan shall:

a)  Conform to the requirements of Section 302 of the Labor-Management Relations Act as amended.
b)  The Employer will be able to deduct said contributions as an ordinary and necessary business expense.

*Section 3.*   There shall be a total of eight (8) Trustees to constitute the Board of Trustees to administer the Fund.   Said Trustees to be appointed as follows: Four (4) Trustees shall be appointed by the Union; one (1) Trustee shall be appointed by the Associated General Contractors of Massachusetts, Inc. (AGC); one (1) Trustee shall be appointed by the Building Trades Employers' Association of Boston and Eastern Massachusetts, Inc. (BTEA); one (1) Trustee shall be appointed by the Labor Relations Division of Construction Industries of Massachusetts, Inc. (LRD-CIM); and one (1) Trustee shall be appointed by the Construction Industry Association of Western, Massachusetts, Inc. Representatives on the Board of Trustees shall at all times be equally divided among Union and Associations.   The appointing parties shall also have the power to remove their respective Trustees appointed by them and to fill vacancies on the Board of Trustees.

*Section 4.*   The failure to contribute by the Employer to the said Legal Services Fund as provided herein for the purpose of the remedy the Union may pursue is covered in Article XXI herein.   The Massachusetts Laborers' Legal

Services Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

**ARTICLE XVII**
**MASSACHUSETTS LABORERS' ANNUITY FUND**

*Section 1.*   There has been established, by an appropriate Agreement and Declaration of Trust, pursuant to Section 302(c) of the National Labor Relations Act, as amended, the Massachusetts Laborers' Annuity Fund.

*Section 2.*   Each Employer subscribes to and agrees to be bound by the above Agreement and Declaration of Trust and any amendments thereto and ratifies and approves all actions of the Trustees within the scope of said Trust Agreement.

*Section 3.*   Each Employer agrees to pay for each hour worked by each employee covered by this Agreement to the Massachusetts Laborers' Annuity Fund, the negotiated contribution in each respective zone and any future allocated increase during the term of this agreement (reflected in Addendum A of this Agreement).   Said sums will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll period of the preceding calendar month.   Payment shall be made in one check and on the same form furnished by the Massachusetts Laborers' Benefit Funds.   The said Fund will be administered by a Board of Trustees selected and appointed under the provisions of the Trust Agreement executed by the Union and the Employers.   Said Trust Agreement shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and the Commonwealth of Massachusetts.

*Section 4.*   Members of the Association and Employers subscribing to the Trust Agreement, when working outside the jurisdictional area of this Agreement in areas where they have no contractual obligation to contribute to an annuity fund, shall contribute the same amount in the same manner as set forth above to the "Massachusetts Laborers' Annuity Fund" for each laborer when said laborer is sent and put to work by the Employer from the territorial jurisdiction set forth in Article I.

*Section 5.*   Failure to contribute to the Fund shall be a violation of this Agreement.   The Union and the Employer mutually recognize the requirement that

27

contributions to this Fund be made on a current basis by all Employers who have made one or more contributions to the Fund or have entered into an agreement with the Union requiring such contributions.

**Section 6.**   The Fund shall be used to provide benefits as determined by the Trustees in accordance with the terms of the Trust.  The failure to contribute by the Employer to the said Annuity Fund, as provided herein, for the purpose of the remedy the Union may pursue, is covered in Article XXI herein.   The Massachusetts Laborers' Annuity Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XVIII
## NEW ENGLAND LABORERS'
## LABOR-MANAGEMENT COOPERATION TRUST

**Section 1.**   Each Employer agrees to pay the sum reflected in Appendix A of this Agreement,  per hour for each hour worked by an employee covered by this Agreement to the New England Laborers' Labor-Management Cooperation Trust Fund.

**Section 2.**   Said sum will be paid into said Fund not later than the twentieth (20th) day of each month for hours worked by said employees up to the end of the last complete payroll period of the preceding calendar month. The Fund will be administered by a Board of Trustees selected under, and subject to the provisions of a Trust Agreement and Plan entered into by the Union and the Employer and others.

**Section 3.**   The Plan and Trust conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and the Commonwealth of Massachusetts. The Trust and the Plan at all times shall be a "qualified" Trust and Plan, as defined by Section 401 of the Internal Revenue Code.  The Plan and Trust shall be created and administered, subject to modification, change of methods of administration and practices as may be required to the end that at all times contributions by the Employers to the Fund shall be deductible as an ordinary and necessary expense of doing business in the computation of Federal Income Tax of the Employers.

**Section 4.**   The failure to contribute by the Employer to the said New England Laborers' Labor-Management Cooperation Trust Fund, as provided

28

herein, for the purpose of the remedy the union may pursue, is covered in Article XXI herein.

## ARTICLE XIX
## NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND

*Section 1.*  Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour worked by each employee covered by the terms of this Agreement to the New England Laborers' Health & Safety Fund.

*Section 2.*  Said sum shall be paid into the Fund no later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll period of the preceding calendar month. The Fund will be administered by a Board of Trustees selected under and subject to the provisions of a Trust Agreement and Plan entered into by the Union and the Employers.

*Section 3.*  The Plan and Trust shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and states where this Agreement applies. The Trust and Plan at all times shall be a "qualified" Trust and Plan as defined by Section 401 of the Internal Revenue Code. The Plan and Trust shall be created and administered, subject to modification, change of methods or administration and practices as may be required to the end that at all times contributions by the Employers to the Fund shall be deductible as an ordinary expense of doing business in the computation of Federal Income Tax of the Employers.

*Section 4.*  The failure to contribute by the Employer to the said Health & Safety Fund, as provided herein, for the purpose of remedy the Union may pursue, is covered in Article XXI herein. The New England Laborers' Health & Safety Fund shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XX
## MASSACHUSETTS LABORERS' UNIFIED TRUST

*Section 1:*  Each Employer agrees to pay the sum reflected in Appendix A of this Agreement, per hour worked by each employee covered by the terms of this Agreement to a fund known as the "Massachusetts Laborers' Unified Trust".

*Section 2:*  Said sums will be paid into said Fund not later than the twentieth (20th) day of each and every month for hours worked by said employees up to the end of the last complete payroll period of the preceding calendar month.  The Fund will be administered by a Board of Trustees selected under and subject to the provisions of a Trust Agreement and plan entered into by the Union and the Employers. The plan and trust shall conform to the Labor-Management Relations Act of 1947, as amended, and all other applicable laws and regulations of the United States and the Commonwealth of Massachusetts.  The trust and plan at all times shall be an exempt trust and plan, as defined by Section 401 of the Internal Revenue Code.  The plan and trust shall be created and administered, subject to modification, change of methods of administration and practices as may be required, to the end that all times contributions by the Employers to the Fund shall be deductible as an ordinary expense of doing business in the computation of Federal Income Tax of the Employers.

*Section 3:*  There shall be a total of four (4) Trustees to constitute the Board of Trustees to administer the Fund.  Said Trustees to be appointed as follows: Two (2) Trustees shall be appointed by the Massachusetts & Northern New England Laborers' District Council and two (2) shall be appointed by the Association.  The representatives on the Board of Trustees shall at all times be equally divided among Union and Management.  Each of the appointing parties shall have the power to remove, replace and appoint successors as Trustees appointed by them.

*Section 4:*  The failure to contribute by the Employer to the said Unified Trust, as provided herein, for the purpose of the remedy the Union may pursue, is covered in Article XXI herein.  The Massachusetts Laborers' Unified Trust shall meet the requirements of all Federal and State Laws regarding the same, including the Internal Revenue Service.

## ARTICLE XXI
## DELINQUENT PAYMENTS

*Section 1.*   Employers who are delinquent in their payments to the Health & Welfare, Pension, Legal Services, Annuity, New England Laborers' Labor-Management Cooperation Trust, Training, Unified Trust, and New England Health & Safety Funds shall not have the privilege of employing laborers under the terms of this Agreement if such payments have not been made after written notice, sent by registered mail, return receipt requested, of such delinquency is given by the Union and seventy-two (72) hours have elapsed since such notice.  All employees

affected by such delinquency to any of the above-mentioned Funds, and who have lost work as a result thereof, shall be paid their normal wages by the delinquent Employer, until said delinquency is cured and the employees resume their work.

Once an Employer has been adjudged a delinquent by any of the above-mentioned Fund Trustees, he shall, in addition to remitting to the Funds for his past delinquencies, be required to make his current payments on a weekly basis and further furnish a fifty thousand dollar ($50,000) surety bond to the Trustees of each respective Fund as listed above. All attorney's fees, sheriff's costs, accounting and court costs involved to collect delinquent payments from the delinquent Employer must be borne fully by the Employer involved. The terms "delinquent" and "delinquency" as used in this section shall include a failure of an Employer to furnish a bond.

*Section 2.*    In accordance with Section 5.02(g)(2) of ERISA, as amended, the Trustees do establish the rate of interest to be paid by Employers on delinquent contributions to be ten percent (10%) and further, liquidated damages shall be assessed in an amount of twenty percent (20%) of the amount of the delinquency, or such higher percentage as may be permitted under Federal or State Law, plus reasonable attorney's fees and costs of the action.

*Section 3.*    If an audit by the Trustees or their representative determines that an Employer has not correctly reported the hours worked by his Laborers, the Employer, in addition to other remedies provided in the Trust Agreement, shall be liable to the Funds for the cost of auditing his payroll records, interest at the rate stated in Section 2 above from the date when payment was due to the date when payment was made, attorney's fees and liquidated damages in the amount of twenty percent (20%) of the delinquent amount.

*Section 4.*    The parties agree that the Trustees of the Delinquency Committee shall have the right to terminate the collective bargaining agreement of any Employer deemed by them to be habitually delinquent.

*Section 5.*    Audit – The Employers shall make all reports on contributions required by the funds on forms furnished by the Funds or their authorized representatives. The Trustees or their representatives upon reasonable notice may examine the pertinent payroll records of any Employer, including, but not limited to all quarterly and yearly payroll tax returns, payroll listings, payroll records individual earnings records and checks. Cash disbursement journals and general

ledgers may also be examined whenever such examination is deemed necessary by the Joint Labor Management Trustees of the Delinquency Committee in their sole discretion. Such examinations may be implemented by the Trustees' authorized representatives in connection with the proper administration of the Funds. The expense of such audit of an Employer's records shall be borne by the Funds, in which event, the expense of audit may, under rules and regulations adopted by the Trustees of the Delinquency Committee , be charged against the Employer. If the expense of audit charged against the Employer is not paid by the Employer within ten days after written notice from the funds or their authorized representatives, the Funds may take any action, including, but not limited to court proceedings, necessary to enforce payment of such audit expense, including reasonable interest and an administration fee at such rates and in such amount as the Funds may determine, and including all attorneys' fees involved in collection of such audit expense, interest and administration fee. In the event that the Funds or their representatives shall incur attorneys' fees or other expenses in order to enforce the Funds' right to audit the records of any Employer, such attorneys' fees or other expenses shall be charged against such Employer regardless of whether the Employer shall have been delinquent in contributions to the Fund for the period of the audit.

## ARTICLE XXII
## CHECK-OFF AND PAYROLL DEDUCTIONS

***Section 1.*** The Employer agrees to deduct the sum of one dollar and twenty cents ($1.20) per hour for each hour worked from the weekly wages, after taxes, of each employee covered by this Agreement; provided, such employee has executed voluntary written authorization for such deductions to be allocated as follows:

(a) One dollar and eighteen cents ($1.18) shall be used as hourly membership dues to support the Local Unions and the Massachusetts & Northern New England Laborers' District Council.

(b) Two cents ($.02) of the amount provided in Section 1 shall be used as a voluntary contribution payable to the Laborers' Political League (LPL) to enable the Massachusetts & Northern New England Laborers' District Council and its affiliated Local Unions to participate more fully in matters affecting the welfare of its members.

The Local Union shall furnish the Employer with copies of the applicable local or area collective bargaining agreement, together with information relative to availability of qualified manpower and other pertinent matters.

## ARTICLE XXIV
## CONSTRUCTION INDUSTRIES OF MASS. ADVANCEMENT FUND

*Section 1.* Each Employer subscribes to and agrees to be bound by the provisions of the Agreement and Declaration of Trust of the Construction Industries of Massachusetts Advancement Fund.

*Section 2.* This Trust, known as the "Construction Industries of Massachusetts Advancement Fund", shall be referred to in this Article as "the Fund". The Fund shall be administered solely and exclusively by Trustees appointed pursuant to the provisions of the Trust instrument.

*Section 3.* Each Employer shall pay to the fund the sum reflected in Addendum A of this Agreement, per hour for each hour worked by each of its employees covered by this Agreement to the Construction Industries of Massachusetts Advancement Fund.

Any Employer electing not to contribute to the Fund shall be required to pay an additional five cents ($.05) per hour. This additional five cents ($.05) will be paid to the Health & Welfare Fund as per Article XIII of this Agreement. Effective December 1, 2012 the employer shall be required to contribute an additional ($0.05) five cents per hour for a total of ($0.10) ten cents.

Any Employer electing not to contribute to the Fund shall be required to pay an additional ($.10) ten cents per hour. This additional ten cents ($.10) will be paid to the Health & Welfare Fund as per Article XIII of this Agreement.

## ARTICLE XXV
## APPLICABILITY OF ARTICLES

Articles I to VII inclusive and Articles XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX and XXVIII, whichever is attached hereto and made a part hereof, shall apply to all work performed under Subdivision A of this Agreement.

# APPENDIX A
## WAGE RATES AND CLASSIFICATIONS

ZONE 1    SUFFOLK COUNTY (Boston, Chelsea, Revere, Winthrop, Deer & Nut Islands
              MIDDLESEX COUNTY ( Arlington, Belmont, Burlington,Cambridge, Everett, Malden, Medford,
              Melrose, **Newton**, Reading, Somerville, Stoneham, Wakefield, **Waltham**, **Watertown**,
              Winchester, Winthrop, and Woburn only)
              NORFOLK COUNTY ( **Braintree**, Brookline, Dedham, Milton, **Quincy** and **Weymouth** only)

| | 6/1/2012 | 12/1/2012 | 6/1/2013 | 12/1/2013 | 6/1/2014 | 12/1/2014 | 6/1/2015 | 12/1/2015 | 6/1/2016 | 12/1/2 |
|---|---|---|---|---|---|---|---|---|---|---|
| INCREASE | 0.00 | 0.55 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 1.0 |
| Wages | 31.80 | ** | ** | ** | ** | ** | ** | ** | ** | ** |
| H & W | 7.10 | | | | | | | | | |
| Pension | 7.05 | | | | | | | | | |
| Annuity | 5.40 | | | | | | | | | |
| Nell-MCT Unified | 0.15 | | | | | | | | | |
| Trust | 0.50 | | | | | | | | | |
| Training | 0.70 | | | | | | | | | |
| Legal | 0.20 | | | | | | | | | |
| H & Safety | 0.15 | | | | | | | | | |
| CIM | 0.05 | | | | | | | | | |
| Total | 53.10 | 53.65 | 54.40 | 55.15 | 55.90 | 56.65 | 57.40 | 58.15 | 58.90 | 59.9 |
| *Dues & LPL | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.2 |
| Flaggers | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.5 |

ZONE 2    The Counties of BARNSTABLE, BRISTOL, DUKES, ESSEX, NANTUCKET,
          PLYMOUTH, and WORCESTER
          MIDDLESEX COUNTY ( with the exception of Arlington, Belmont, Burlington,Cambridge, Everett,
          Malden,Medford, Melrose, **Newton**, Reading, Somerville, Stoneham, Wakefield, **Waltham**,
          **Watertown**, Winchester, Winthrop, Woburn)
          NORFOLK COUNTY (with the exception of **Braintree**, Brookline, Dedham, Milton,
                         ***Quincy and Weymouth)***
          FRANKLIN COUNTY ( Warwick, and Orange only), ROCKINGHAM COUNTY ( Salem, N.H. Only)

| | 6/1/2012 | 12/1/2012 | 6/1/2013 | 12/1/2013 | 6/1/2014 | 12/1/2014 | 6/1/2015 | 12/1/2015 | 6/1/2016 | 12/1/2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| INCREASE | 0.00 | 0.30 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.75 |
| Wages | 29.35 | ** | ** | ** | ** | ** | ** | ** | ** | ** |
| H & W | 7.10 | | | | | | | | | |
| Pension | 7.05 | | | | | | | | | |
| Annuity | 4.50 | | | | | | | | | |
| Nell-MCT | 0.15 | | | | | | | | | |
| Unified | | | | | | | | | | |
| Trust | 0.50 | | | | | | | | | |
| Training | 0.70 | | | | | | | | | |
| Legal | 0.20 | | | | | | | | | |
| H & Safety | 0.15 | | | | | | | | | |
| CIM | 0.05 | | | | | | | | | |
| Total | 49.75 | 50.05 | 50.55 | 51.05 | 51.55 | 52.05 | 52.55 | 53.05 | 53.55 | 54.30 |
| *Dues & | | | | | | | | | | |
| LPL | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) |
| Flaggers | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 |

66

ZONE 3       HAMPDEN COUNTY
             HAMPSHIRE COUNTY (with the exception of Chesterfield, Cummington, Goshen,
                      Middlefield, Plainfield, and Worthington)
             FRANKLIN COUNTY (with the exception of Ashfield, Buckland, Charlemont, Hawley,
                      Heath, Orange, Rowe, and Warwick)
             **Information will be posted at www.Masslaborers.org when allocated

|  | 6/1/2012 | 12/1/2012 | 6/1/2013 | 12/1/2013 | 6/1/2014 | 12/1/2014 | 6/1/2015 | 12/1/2015 | 6/1/2016 |
|---|---|---|---|---|---|---|---|---|---|
| **INCREASE** | 0.00 | 0.30 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 |
| Wages | 26.44 | ** | ** | ** | ** | ** | ** | ** | ** |
| H & W | 7.10 | | | | | | | | |
| Pension | 7.05 | | | | | | | | |
| Annuity | 2.63 | | | | | | | | |
| Nell-MCT Unified | 0.15 | | | | | | | | |
| Trust | 0.50 | | | | | | | | |
| Training | 0.70 | | | | | | | | |
| Legal | 0.20 | | | | | | | | |
| H & Safety | 0.15 | | | | | | | | |
| CIM | 0.05 | | | | | | | | |
| Total | 44.97 | 45.27 | 45.77 | 46.27 | 46.77 | 47.27 | 47.77 | 48.27 | 48.77 |
| *Dues & LPL | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) |
| **Flaggers** | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 |

67

ZONE 4        BERKSHIRE COUNTY
              FRANKLIN COUNTY (the towns of Ashfield, Buckland, Charlemont, Hawley, Heath, and Rowe only)
              HAMPSHIRE COUNTY ( the towns of Chesterfield, Cummington, Goshen, Middlefield, Plainfield,
              and Worthington only)

|  | 6/1/2012 | 12/1/2012 | 6/1/2013 | 12/1/2013 | 6/1/2014 | 12/1/2014 | 6/1/2015 | 12/1/2015 | 6/1/2016 | 12/1/20 |
|---|---|---|---|---|---|---|---|---|---|---|
| INCREASE | 0.00 | 0.30 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.50 | 0.75 |
| Wages | 24.07 | ** | ** | ** | ** | ** | ** | ** | ** | ** |
| H & W | 7.10 | | | | | | | | | |
| Pension | 7.05 | | | | | | | | | |
| Annuity | 3.75 | | | | | | | | | |
| Nell-MCT Unified | 0.15 | | | | | | | | | |
| Trust | 0.50 | | | | | | | | | |
| Training | 0.70 | | | | | | | | | |
| Legal | 0.20 | | | | | | | | | |
| H & Safety | 0.15 | | | | | | | | | |
| CIM | 0.05 | | | | | | | | | |
| Total | 43.72 | 44.02 | 44.52 | 45.02 | 45.52 | 46.02 | 46.52 | 47.02 | 47.52 | 48.27 |
| *Dues & LPL | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20) | (-1.20 |
| Flaggers | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 |

(Same wage rates apply to: Multi-Trade Tender, Carpenter Tender,
Cement Finisher Tender, and Wrecking Laborer)

Flaggers and Signalers:  Not including Traffic Control

*THE COUNCIL RESERVES THE RIGHT TO ALLOCATE THESE
INCREASES IN ITS DISCRETION AMONG WAGES, FRINGE BENEFITS
AND DUES DEDUCTIONS.