**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| BARRY C. McANARNEY, as he is EXECUTIVE DIRECTOR, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LABORERS' ANNUITY FUND; JAMES V. MERLONI, JR., as he is ADMINISTRATOR, NEW ENGLAND LABORERS' TRAINING TRUST FUND; and JOSEPH BONFIGLIO, as he is TRUSTEE, MASSACHUSETTS LABORERS' LEGAL SERVICES FUND,<br>                    Plaintiffs,<br><br>        vs.<br><br>RYKOR CONCRETE & CIVIL INC.,<br>                    Defendant. | C.A. No. 14-10635 WGY |

---

## STIPULATION OF DISMISSAL

Now come the plaintiffs, Barry C. McAnarney, as he is Executive Director,

Massachusetts Laborers' Health and Welfare Fund, et al. and Rykor Concrete & Civil Inc.,

pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., to notify the Court that plaintiffs' claims are

dismissed with prejudice and without costs.

Respectfully submitted,

BARRY C. McANARNEY, as he is
EXECUTIVE DIRECTOR,
MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND, *et al.*,

By their attorneys,

/s/ Alexander Sugerman-Brozan
Anne R. Sills, Esquire
BBO #546576
Alexander Sugerman-Brozan, Esquire
BBO #650980

Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA  02109
(617) 742-0208, Ext. 236
abrozan@segalroitman.com


RYKOR CONCRETE & CIVIL INC.,

By its attorney,

/s/ Edward J. Quinlan
Edward J. Quinlan, Esq., BBO# 409060
E-mail: equinlan@qsatlaw.com
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 250
Norwood, MA 02062-5056
Phone: 781-440-9909
Fax: 781-440-9979


Dated:  September 8, 2014




**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Stipulation of Dismissal has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 8th day of September, 2014.

/s/ Alexander Sugerman-Brozan
Alexander Sugerman-Brozan, Esquire

ASB/asb&ts
6306 14-083/stip-dismissal.doc